# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER BOLING,<br><br>                Petitioner,<br><br>    v.<br><br>STEVE LANGFORD,<br><br>                Respondent. | Case No. CV 18-05677-ODW (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 30, 2019

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE